IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN MULLINS                                                                                          PLAINTIFF

v.                                    NO.  4:05cv01253 JLH

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE,

(1)  Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, (docket entry #24) is granted;

(2)  Plaintiff's attorney is awarded an attorney's fee in the amount of $2,256.25, pursuant to the EAJA; and

(3)  The Commissioner is directed to certify and pay to Todd G. Cockrill, attorney for Plaintiff, the amount awarded pursuant to the EAJA.

IT IS SO ORDERED this 24th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE